UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

DAZZLING DIAM LLC,

                     Plaintiff,        :     24-cv-8023 (ALC)

                  -against-     :     **ORDER**

GARFIELD REFINING LLC

              Defendant.

-------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

Defendant is ordered to provide case law to support its request for the Court to dismiss this case with prejudice by May 28, 2026. Plaintiff can file a response by June 4, 2026.

**SO ORDERED.**

**Dated**:   May 19, 2026
         New York, New York

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**