**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **DAZZLING DIAM LLC,** | : | |
| **Plaintiff,** | : | **24-cv-8023 (ALC)** |
| **-against-** | : | **ORDER** |
| **GARFIELD REFINING LLC** | : | |
| **Defendant.** | : | |

**ANDREW L. CARTER, JR., United States District Judge:**

Given that Plaintiff has not initiated arbitration for over 6 months, did not oppose the Court's August 18, 2026 Order to Show Cause why this case shouldn't be dismissed, and the fact that Plaintiff is not communicating with its counsel, the Court dismisses this action with prejudice. The Clerk of Court is respectfully directed to terminate this case.

**SO ORDERED.**

**Dated:** August 27, 2026
New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**